UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY D. SPARKS, | ) | Case No. EDCV 08-097-CT |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE RE |
| | ) | DISMISSAL FOR FAILURE |
| v. | ) | TO PROSECUTE |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| | ) | |
| Defendant. | ) | |

By order filed February 1, 2008, plaintiff was ordered to electronically file his brief in support of complaint within 30 days after the answer is filed.

The answer was filed on April 10, 2008. On May 15, 2008 plaintiff sought and received an extension of time within which to file his brief to June 10, 2008. Plaintiff was advised that failure to comply with this order may result in dismissal of this case.

Plaintiff has failed to file his brief. Plaintiff shall show cause why this action should not be dismissed for violation of the court's previous order, and/or plaintiff's failure to diligently prosecute. See Rule 41(b), Fed.R.Civ.P. and Link v. Wabash Railroad Co., 370 U.S. 626, 629-30 (1962), reh'g denied, 371 U.S. 873 (1962).

Case 5:08-cv-00097-CT   Document 16   Filed 06/17/08   Page 2 of 2   Page ID #:36

If plaintiff objects to such dismissal, plaintiff shall file a written objection to the dismissal with points and authorities not later than June 24, 2008. Failure to file this objection within the time specified will be deemed consent to the dismissal of this action as proposed.

If the required brief is filed not later than June 24, 2008, the Order to Show Cause re Dismissal will be withdrawn.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order for all parties appearing in this action or on a party if that party is not represented by counsel.

DATED: June 17, 2008

_____
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE

cc: Bill LaTour, Esq.
    11332 Mountain View Avenue, Suite C
    Loma Linda, CA 92354

    Sharla Cerra, AUSA
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, CA 90012