```
                    FILED
         CLERK, U.S. DISTRICT COURT

              AUG - 7 2008

         CENTRAL DISTRICT OF CALIFORNIA
         BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY D. SPARKS, | ) | NO. EDCV 08-97-CT |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that judgment is entered in favor of defendant Commissioner of Social Security for the reasons set forth in the court's Opinion and Order filed concurrently.

DATED: August 7, 2008

_____
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE